IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:14-cv-00065-TMB |
|  | ) | **DEFAULT JUDGMENT** |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| REAL PROPERTY LOCATED AT 11621 | ) |  |
| ALDERWOOD LOOP, ANCHORAGE, | ) |  |
| ALASKA, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |

WHEREAS direct notice of this action was sent by the U.S. Attorney's Office (USAO) pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure;

AND WHEREAS USAO notice of action was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing May 22, 2014 and May 14, 2015;

AND WHEREAS the time to file a claim and answer has expired pursuant to Supplemental Rule G, as more than 60 days have elapsed since the first day of publication on the official government website and more than 35 days have elapsed since direct notice was sent;

AND WHEREAS on July 17, 2015 the clerk of court entered default against all persons and entities claiming an interest in the In Rem defendant(s) excluding those who have filed claims and answers;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, that DEFAULT JUDGMENT is hereby entered against all those persons and entities who could potentially claim an interest in the defendant property and who have failed to plead, answer, and/or otherwise defend, as required by law.


DATED:  July 30th, 2015                    /s/ Timothy M. Burgess
                                           HON. Timothy M. Burgess
                                           United States District Court Judge


U.S. v. REAL PROPERTY LOCATED AT 11621 ALDERWOOD LOOP, ANCHORAGE, ALASKA, No. 3:14-cv-00065-TMB
Default judgment

2