## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.

REAL PROPERTY LOCATED AT 11621
ALDERWOOD LOOP, ANCHORAGE,
ALASKA, *et al.*,

                  Defendants.

Case No. 3:14-cv-00065-TMB

**ORDER ON MOTION FOR
SUPPLEMENTAL DECREE OF
FORFEITURE (DKT. 94) AND
SUPPLEMENTAL DECREE OF
FORFEITURE**

      The matter comes before the Court on Plaintiff United States of America's Motion for Supplemental Decree of Forfeiture (the "Motion"), filed on November 21, 2019.[1] The time to respond to the Motion has elapsed and no responses were filed. For the following reasons, the Court **GRANTS** the Motion.

      On July 21, 2016, the Court entered a Decree of Forfeiture, which included funds from an investment account.[2] The Motion explains that after the account funds were seized, dividends from the investment portfolio were received into the account.[3] Therefore, approximately $238.68 in United States currency were inadvertently omitted from the Decree of Forfeiture.[4]

      Pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957 or any property traceable to such property is subject to forfeiture. Accordingly, the Court finds that the approximately $238.68 in United States currency constitutes property subject to forfeiture.

---

[1] Dkt. 94 (Motion).
[2] Dkt. 93 (Decree of Forfeiture).
[3] *Id.* at 2.
[4] *Id.*

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** as follows:

The property listed above is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party or person. The above-listed property shall be disposed of by the Internal Revenue Service according to law.

**IT IS SO ORDERED**.

Dated at Anchorage, Alaska, this 16th day of December, 2019.

/s/  *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE